1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10                                  SACRAMENTO DIVISION

11

12    **THOMAS T. ALFORD,**                    2:13-cv-2143 DAD P

13                              Plaintiff,     **ORDER MODIFYING SCHEDULE**

14              **v.**

15    **DR. GYAAMI, et al.,**

16                              Defendants.

17

18          Defendants have filed a motion to vacate the deadline to take Plaintiff's deposition and re-

19    set it, if necessary, following resolution of Defendants' pending motion for summary judgment.

20    Good cause appearing, IT IS HEREBY ORDERED that:

21          1. Defendants' motion to modify the discovery and scheduling order (Doc. No. 27) is

22    granted; and

23          2. The deadline for taking Plaintiff's deposition is vacated and will be re-set, if necessary,

24    after resolution of Defendants' pending motion for summary judgment.

25    Dated:  February 24, 2015

26
                                                _____
27    /alfo2143.41mod                            DALE A. DROZD
                                                 UNITED STATES MAGISTRATE JUDGE
28